# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146433-5(65)

MARIE HUNT, Personal Representative for the
ESTATE OF EUGENE WAYNE HUNT,
      Plaintiff/Counter-Defendant/Cross-
      Defendant-Appellant,

v

ROGER DRIELICK and COREY DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
      Defendants/Counter-Plaintiffs/Cross-
      Plaintiffs/Third-Party-Defendants/
      Counter-Defendants,

and

GREAT LAKES CARRIERS CORP.,
      Defendant/Cross-Defendant-Appellee,

and

GREAT LAKES LOGISTICS & SERVICES, INC.,
and MERMAID TRANSPORTATION, INC.,
      Defendants/Cross-Defendants,

and

SARGENT TRUCKING, INC.,
      Defendant-Appellee,

and

NOREEN LUCZAK and THOMAS LUCZAK,
      Third-Party-Defendants/Counter-
      Defendants-Appellees,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
      Garnishee Defendant-Appellee.
_____/

SC:  146433
COA:  299405
Bay CC:  96-003280-NI

BRANDON JAMES HUBER,
        Plaintiff-Appellant,

v

COREY DRIELICK and ROGER DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
        Defendants/Third-Party-Plaintiffs,

and

GREAT LAKES CARRIERS CORP.,
        Defendant-Appellee,

and

GREAT LAKES LOGISTICS & SERVICES, INC.,
and MERMAID TRANSPORTATION, INC.,
        Defendants,

and

SARGENT TRUCKING, INC.,
        Defendant-Appellee,

and

GREAT LAKES CARRIERS, INC.,
        Third-Party-Defendant,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
        Garnishee Defendant-Appellee.

SC:  146434
COA:  299406
Bay CC:  97-003238-NI

_____/

THOMAS LUCZAK and NOREEN LUCZAK,
        Plaintiffs-Appellants,

v

COREY DRIELICK and ROGER DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
        Defendants-Third-Party-Plaintiffs,

and

SC:  146435
COA:  299407
Bay CC:  96-003328-NI

GREAT LAKES CARRIERS CORP.,
          Defendant-Appellee,

and

GREAT LAKES LOGISTICS & SERVICES, INC.,
and MERMAID TRANSPORTATION, INC.,
          Defendants,

and

SARGENT TRUCKING, INC.,
          Defendant-Appellee,

and

GREAT LAKES CARRIERS, INC.,
          Third-Party-Defendant,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
          Garnishee Defendant-Appellee.

_____/

      On order of the Chief Justice, the motion of garnishee defendant-appellee to extend the time for filing its brief on appeal is GRANTED in part. The garnishee defendant-appellee shall file its brief no later than February 14, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2013

Clerk